Squire Patton Boggs (US) LLP
1211 Avenue of the Americas, 26th Floor
New York, New York  10036

O   +1 212 872 9800
F   +1 212 872 9815
squirepattonboggs.com


Lauren Herz-Derkrikorian
T   +1 212 872 9820
lauren.herz@squirepb.com

June 12, 2020

**VIA ECF**

Hon. Ronnie Abrams
United States District Court Judge
United States District Court
    for the Southern District of New York
United States Federal Courthouse
40 Foley Square
New York, NY 10007

**Re: Marcos Calcano v. lululemon USA Inc., Case No. 1:19-cv-10430**
    **Joint Request to Continue Stay**

Dear Judge Abrams:

We represent defendant lululemon usa inc. ("lululemon") in the above-referenced action. Pursuant to the Court's Order of March 2, 2020 (Dkt. No. 22), we write jointly with counsel for plaintiff Marcos Calcano ("Plaintiff") to update the Court on the status of this action.

On February 19, 2020, lululemon moved to dismiss Plaintiff's Complaint in its entirety pursuant to FRCP Rules 12(b)(6) and 12(b)(1) based on Plaintiff's failure to state a complaint upon which relief can be granted and, even if such claims were cognizable, due to Plaintiff's lack of standing to assert the claims.  lululemon filed with the Court its: (1) Motion to Dismiss (Dkt. No. 15); (2) Memorandum of Law ISO of Motion to Dismiss (Dkt. No. 16); (3) Declaration of George Camerlo ISO of Motion to Dismiss ((Dkt. No. 17); Letter Motion for Oral Argument (Dkt. No. 18); and Corporate Disclosure Statement (*re-filed* February 20, 2020; Dkt. Nos. 14 and 19).

On February 28, 2020, the parties jointly agreed and requested that this Court adjourn all further actions in this matter until June 19, 2020, to permit the resolution of motions to dismiss in similar matters currently pending before the Court and elsewhere in this district.  Per the Court's Order of March 2, 2020, the Court adjourned all further actions and scheduled an Initial Conference in this matter for June 19, 2020.

On June 10, 2020, counsel for the parties met and conferred.  Pursuant to Rule 1.D of your Honor's Individual Rules and Practices in Civil Cases, because the motions to dismiss in similar matters in this Court have not been decided, the parties jointly agree and respectfully request that this Court continue to adjourn all further actions and the Initial Conference in this matter currently

45 Offices in 20 Countries

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.
010-9084-8047/2/AMERICAS

Squire Patton Boggs (US) LLP                                    Hon. Ronnie Abrams
                                                                June 12, 2020
**VIA ECF**

scheduled for June 19, 2020, until at least 30 days following the entry of this Court's Order on at least one of the motions to dismiss, in one of the similar matters, currently pending before this Court, at which point the parties agree to meet and confer regarding how to proceed.

Counsel for the parties are available at the Court's convenience if Your Honor would like to discuss the status of this action any further. We thank the Court for this consideration in this matter.

Respectfully submitted,

Squire Patton Boggs (US) LLP


<u>S/Lauren A. Herz-DerKrikorian</u>
Lauren A. Herz-DerKrikorian


cc:     Gottlieb & Associates
        Jeffrey M. Gottlieb
        Dana L. Gottlieb
        150 East 18th Street, Suite PHR
        New York, NY 10003-2461
        nyjg@aol.com
        danalgottlieb@aol.com

        The Marks Law Firm PC
        Bradly Gurion Marks
        175 Varick Street, 3rd Floor
        New York, NY 10014
        bmarkslaw@gmail.com

        Counsel for Plaintiff (*via* ECF)


Application granted.  This action is stayed pending the resolution of similar motions to dismiss currently pending before this Court.  No later than 30 days after the entry of this Court's decision on at least one of those pending motions to dismiss, the parties shall file a joint letter updating the Court on the status of this case and how the parties would like to proceed.  The initial status conference scheduled for June 19, 2020 is adjourned sine die.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
June 15, 2020