UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARCOS CALCANO,

                Plaintiff,

      v.

LULULEMON USA INC.,

                Defendant.

No. 19-CV-10430 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    On August 5, 2022, the Court directed Plaintiff to file an amended complaint by August 29, 2022, to the extent he had a good-faith basis to do so. To date, no amended complaint has been filed. If it is not filed by September 22, 2022, the Court will dismiss this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    September 15, 2022
             New York, New York

                                                            Ronnie Abrams
                                                             United States District Judge