UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARCOS CALCANO,<br><br>                          Plaintiff,<br><br>  -against-<br><br>LULULEMON USA INC.,<br><br>                         Defendant. | No. 19-CV-10430 (RA) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, attorneys of record for the parties to the above-entitled matter, that pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the above-entitled action is dismissed with prejudice, without costs or fees to one party as against the other, except as otherwise agreed by the parties herein.

Dated: September 16, 2022
       New York, NY

                                            THE MARKS LAW FIRM, P.C.

                                            By: _____
                                                Bradly G. Marks
                                           54 West 40th Street, Suite 1131
                                           New York, NY 10018
                                           (646) 770-3775
                                           Brad@markslawpc.com
                                           *Attorneys for Plaintiff*

SQUIRE PATTON BOGGS (US) LLP


By:_____
    Katharine J. Liao
1211 Ave. of the Americas, 26th Fl.
New York, NY 10036
(212) 872-9804
katharine.liao@squirepb.com
*Attorneys for Defendant*


SO ORDERED

Dated:    September 19, 2022

_____
Ronnie Abrams
United States District Judge